

**FILED**
DISTRICT COURT OF GUAM
JUL 22 2008
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00040 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **THEFT OF GOVERNMENT PROPERTY** |
| EVANGELINE RAPOLLA CRUZ, ) | [18 U.S.C. § 641] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 30, 2008, in the District of Guam, the defendant, EVANGELINE RAPOLLA CRUZ, willfully and knowingly, did steal and purloin United States currency from the Navy Morale, Welfare, and Recreation Department, Guam, of a value that did not exceed the sum of $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 22nd day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney

ORIGINAL