# Criminal Case Cover Sheet             U.S. District Court

**Place of Offense:**

City      Hagatna

Country/Parish    N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00040**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name     Evangeline Rapolla Cruz

Allisas Name _____

Address _____

       Malojloj, GU

Birth date XX/XX/1973   SS# XXX-XX-4446   Sex _F_   Race CH   Nationality US

**RECEIVED JUL 22 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

SAUSA   Ryan M. Anderson

**Interpreter:** __X__ No ___ Yes      List language and/or dialect: N/A

**Location Status:**

Arrest Date   26 June 08

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___3___    ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 7/22/08    Signature of SAUSA: _Ry M. Ant_

Case 1:08-cr-00040    Document 1-2    Filed 07/22/2008    Page 1 of 1