LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVANGELINE RAPOLLA CRUZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 08-00040 <br><br> **ORDER** <br><br> **Re: July 22, 2008** <br> **Request for Summons** |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this Honorable Court on Thursday, July 24, 2008 at 4:15 p.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jul 23, 2008**