# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| EVANGELINE RAPOLLA CRUZ | Case Number: **CR-08-00040-001** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** | **302** |
| 3rd Floor, U.S. Courthouse | |
| 520 West Soledad Avenue | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, July 24, 2008 at 4:15 p.m.** |

To answer a(n)

☐ Indictment  X  Information  ☐ Complaint  ☐ Probation Violation Petition   Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Theft of Government Property, 18 U.S.C. § 641**

**FILED**
**DISTRICT COURT OF GUAM**
/c
JUL 24 2008
**JEANNE G. QUINATA**
**Clerk of Court**

**RECEIVED**
JUL   2008
US MARSHALS SERVICE-GUAM

ORIGINAL

| **MARILYN B. ALCON; Deputy Clerk** | _signature_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**July 23, 2008**

Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 7/23/08 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *Residence Malojlij Highway*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____ 7/23/08 _____
Date

_____ Jack Salve _____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.