PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Grace D. Flores, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|---|

| **X** Original Notice | | ☐ Notice of Disposition |
|---|---|---|
| Date: **July 24, 2008** | | Date: |
| By: **Joaquin V.E. Manibusan**<br>**U.S. Magistrate Judge** | | By: |

| Defendant: | **CRUZ, Evaneline Rapolla** | Case Number: | **Criminal Case #08-00040-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1973** | Place of Birth: | **Tamuning, Guam** |
| SSN: | **XXX-XX-4446** | | |

===========================================================================

**NOTICE OF COURT ORDER** (Order Date:    **July 25, 2008**    )

| **X** | The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action. |
|---|---|
| ☐ | The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.** |

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☐ Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)