## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-08-00040  DATE: September 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:37:06 - 10:37:28

**APPEARANCES:**

Defendant: Evangeline Rapolla Cruz  Attorney: Richard Arens
DEFENDANT NOT PRESENT  ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew Henderson  U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Parties request for a one week continuance granted.
- Change of Plea continued to: September 9, 2008 at 10:00 a.m.

NOTES: