# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00040-001　　　　　　　　　DATE: September 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 9:59:59-10:13:57

**APPEARANCES:**
Defendant: Evangeline Rapolla Cruz　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Andrew Henderson　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of her rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: December 8, 2008 at 9:30 AM
- Draft Presentence Report due to the parties: November 3, 2008
- Response to Presentence Report: November 17, 2008
- Final Presentence Report due to the Court: December 1, 2008
- Defendant released on bail as previously ordered by this Court.

NOTES: